UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONALD C. KNOX | * | CIVIL ACTION NO. 3:20-cv-00387 |
| | * | |
| VERSUS | * | |
| | * | JUDGE SHELLY D. DICK |
| | * | |
| SOUTHERN NATIONAL LIFE | * | |
| INSURANCE COMPANY, INC. | * | MAGISTRATE SCOTT D. JOHNSON |

**************************************************************************

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

Considering the Plaintiff's Unopposed Motion to Dismiss With Prejudice submitted in the above-captioned lawsuit and finding there good cause for the granting of same:

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's Unopposed Motion to Dismiss With Prejudice be and is hereby granted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the above-captioned lawsuit and all claims asserted by Donald C. Knox therein against all Defendants, including Southern National Life Insurance Company, Inc., be and are hereby dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Donald C. Knox and Southern National Life Insurance Company, Inc. shall bear their/its own respective costs including court costs, attorney's fees and expenses.

THUS DONE AND SIGNED on this __13th__ day of __July__, 2021 in Baton Rouge, Louisiana.

_____
UNITED STATES DISTRICT JUDGE